USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE SCHWARTZWALD,

           Plaintiff,

v.

OATH INC.,

           Defendant.

No. 19-CV-9938 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference and on consent of the parties, discovery is stayed pending resolution of Defendant's motion to dismiss. Plaintiff shall file his amended complaint by January 10, 2020. Pursuant to Rule 4(C) of the Court's Individual Rules, within fourteen days of service of the amended complaint Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court and Plaintiff stating that it relies on the previously filed motion to dismiss.

SO ORDERED.

Dated:    January 3, 2020
          New York, New York

                                          Ronnie Abrams
                                          United States District Judge