USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3-30-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE SCHWARTZWALD,

                Plaintiff,

v.

OATH INC.,

                Defendant.

No. 19-CV-9938 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the ongoing Covid-19 crisis, oral argument on Defendant's Motion to Dismiss the Amended Complaint, Dkt. 16, is hereby adjourned to July 8, 2020 at 11 AM.

SO ORDERED.

Dated:    March 30, 2020
            New York, New York

Ronnie Abrams
United States District Judge