USDC-SDNY
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC#:
**DATE FILED:** 7/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE SCHWARTZWALD,

                             Plaintiff,

            v.                                               No.  19-CV-9938 (RA)

                                                             ORDER
OATH INC.,

                             Defendant.

RONNIE ABRAMS, United States District Judge:

        On consent of the parties, oral argument on Defendant's motion to dismiss is hereby

adjourned to July 7, 2020 at 1 PM.  Argument will be held via videoconference.  The conference

line for argument is (888) 363-4749 and the access code is 1015508.  This line is open to the

public.  The Court will contact the parties the day before argument regarding the

videoconferencing technology.

SO ORDERED.

Dated:     July 2, 2020
           New York, New York

                                             _____
                                             Ronnie Abrams
                                             United States District Judge